# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2122
_____

KRIS E. HELTON,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 8, 2024


PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kris E. Helton, pro se, Petitioner.

Dan Johnson, General Counsel, Tallahassee, and Shirtrina Niquita Roberts, Assistant General Counsel, Green Cove Springs, Department of Corrections, for Respondent.